**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ST LIBERTY LLC<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M/V R AN R, USCG Official No. 1069265, her engines, boilers, tackles and other appurtenances, etc., *in rem*; and Robert W. Russell, *in personam*<br><br>　　　　　Defendants. | IN ADMIRALTY<br><br>Civil Action No. 2:20-cv-343<br><br>**ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST OF VESSEL *IN REM*** |

This Court has reviewed the Verified Complaint *In Rem* and In Personam and Exhibits thereto, the Emergency Motion for Order Directing Clerk to Issue Warrant for Vessel Arrest, and supporting papers filed by Plaintiff ST LIBERTY LLC in the above-entitled action. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest of the Defendant Vessel R AN R, Official Number 1069265, Hull Identification Number PMH65005G898 under Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and L.A.R. 116(a) appear to exist.

Accordingly, it is hereby:

**ORDERED** that the Clerk of this Court shall issue forthwith a Warrant for Maritime Arrest of the motor yacht R AN R, her engines, machinery, boilers, tackle, and other appurtenances, Official Number 1069265, Hull Identification Number PMH65005G898 (the

"Vessel") in the form attached hereto as Exhibit "A", directing the United States Marshal for the Western District of Washington to proceed with all deliberate speed and arrest said Vessel which is now currently or soon will be afloat, berthed, and/or otherwise located within the Western District of Washington; and it is further

**ORDERED** that the United States Marshal is to take custody of the Vessel currently located within the Western District of Washington; and it is further

**ORDERED** that the United States Marshal for the Western District of Washington shall attach and serve a copy of this Order with the *In Rem* Warrant of Maritime Arrest upon Defendant Vessel; and it is further

**ORDERED** that any person claiming a right of possession or any ownership in the Vessel arrested pursuant to this Order, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure file a verified statement of right or interest with the Clerk of the Court and an answer, and shall, upon application to the Court, be entitled to prompt hearing upon not less than five (5) days' notice to Plaintiff, at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that Plaintiff's counsel shall serve a copy of this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Maritime Arrest upon the Owners of the Vessel; and it is further

**ORDERED** that the Vessel may be released from seizure without further Order of this court if the United States Marshal receives written authorization from the attorney who requested the seizure or other counsel of record representing the Plaintiff in this action and that such attorney advises that she has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent, and the Court has not entered an Order to the contrary; and Plaintiff shall hold harmless and indemnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest and release of the Vessel as is herein specifically provided.

**IT IS SO ORDERED**.

Dated: March 3rd, 2020

By: _____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE