**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ST LIBERTY LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M/V R AN R, USCG Official No. 1069265, her engines, boilers, tackles and other appurtenances, etc., *in rem*; and Robert W, Russell, *in personam*,<br><br>　　　　Defendants. | Civil Action No. 2:20-cv-00343-BJR<br><br>**STIPULATED REQUEST AND ORDER GRANTING EXTENSION OF LITIGATION DEADLINES** |

## STIPULATION

Pursuant to LCR 10(g), the parties to the above-captioned matter hereby submit this stipulated request to extend litigation deadlines so, without incurring more legal fees, they can participate in a mediation on June 25, 2020. If this request is permitted by the Court, it would extend the deadlines that fall between June 15, 2020 and July 15, 2020 in the Order Setting Trial Dates and Related Dates [Dkt 17] to August 6, 2020.

**STIPULATED MOTION TO EXTEND LITIGATION DEADLINES**
CASE NO. 2:20-CV-00343-BJR - 1

BUCHALTER
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052

| | | |
|---|---|---|
| 1 | DATED: June 19, 2020 | BUCHALTER |
| 2 | | A Professional Corporation |
| 3 | | |
| 4 | | */s/Bradley P. Thoreson* |
| | | Bradley P. Thoreson, WSBA #18190 |
| 5 | | 1420 Fifth Avenue, Suite 3100 |
| | | Seattle, WA 98101-1337 |
| 6 | | Phone: 206-319-7052 |
| | | Email: bthoreson@buchalter.com |
| 7 | | *Attorneys for Defendants* |
| 8 | DATED: June 19, 2020 | COLLIER WALSH NAKAZAWA, LLP |
| 9 | | */s/ Barbara L. Holland (Per Email Authority)* |
| 10 | | Barbara L. Holland, WSBA #11852 |
| | | barbara.holland@cwn-law.com |
| 11 | | Jensen Mauseth, WSBA #45546 |
| | | jensen.mauseth@cwn-law.com |
| 12 | | 2211 Elliott Avenue, Suite 200 |
| | | Seattle, Washington 98121 |
| 13 | | Tel: (206) 502-4251 |
| | | Fax: (206) 502-4253 |
| 14 | | *Attorneys for Plaintiff* |

**STIPULATED MOTION TO EXTEND**  
**LITIGATION DEADLINES**  
CASE NO. 2:20-CV-00343-BJR - 2

BUCHALTER  
1420 Fifth Avenue, Suite 3100  
Seattle, WA 98101-1337  
Phone: 206-319-7052

## ORDER

IT IS SO ORDERED that based on the stipulation of the parties, and finding that good cause exists, the Court hereby continues the litigation deadlines [Dkt 17] for deadlines set between June 15, 2020 and July 15, 2020 to August 6, 2020.

DATED: June 19, 2020.

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
U.S. District Court Judge