# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ST LIBERTY LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M/V R AN R, USCG Official No. 1069265, her engines, boilers, tackles and other appurtenances, etc., *in rem*; and Robert W, Russell, *in personam*,<br><br>　　　　Defendants. | Civil Action No. 2:20-cv-00343-BJR<br><br>**STIPULATION AND ORDER ALLOWING INSPECTION OF DEFENDANT VESSEL** |

## STIPULATION

Pursuant to this Court's Order Authorizing Issuance of Warrant for Arrest of Vessel In Rem dated March 3, 2020, Dkt. No. 8, the U.S. Marshal arrested the defendant vessel M/V R AN R (the "Vessel") on March 10, 2020. Dkt. No. 13.

Plaintiff ST Liberty LLC ("STL") and Defendants M/V R AN R and Robert W. Russell (collectively the "Russells"), by and through their attorneys, now stipulate that the following individuals be allowed to board the Vessel under the supervision of a representative of Marine Lenders Services, LLC, Substitute Custodian, for the sole purpose of inspection of the Vessel, provided that each signs a Waiver and Release of Liability form prior to boarding: Robert W. Russell, Sonja Russell, the Russell's designated representative, STL's designated representative,

STIPULATION AND ORDER ALLOWING INSPECTION OF VESSEL
CASE NO. 2:20-CV-00343-BJR - 1

COLLIER WALSH NAKAZAWA LLP
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
(206) 502 4251

BN 41481026v1BN 41484706v2

and any other individual approved in advance by both of the Parties.  Plaintiff and Defendants agree to each pay one-half of the Substitute Custodian's fees for opening the Vessel and supervising the joint inspection of the Vessel by the Parties and/or their designated representatives.

Upon acceptance and approval of this Stipulation by the Court, the Substitute Custodian shall permit the inspection of the Vessel, as set forth above.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 6th day of August 2020.       COLLIER WALSH NAKAZAWA LLP

/s/ Jensen S. Mauseth
Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Jensen Mauseth, WSBA #45546
Jensen.mauseth@cwn-law.com
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
Phone (206) 502-4251
Fax (206) 502-4253

Attorneys for Plaintiff ST LIBERTY LLC

DATED this 6th day of August 2020.       BUCHALTER

/s/ John Crosetto
Brad Thoreson, WSBA #18190
bthoreson@buchalter.com
John Crosetto, WSBA #36667
jcrosetto@buchalter.com
1420 Fifth Avenue, Suite 3100
Seattle, Washington 98101
Phone (206) 319-7052

Attorneys for Defendants M/V R AN R and ROBERT W. RUSSELL

| | |
|---|---|
| **STIPULATION AND ORDER ALLOWING INSPECTION OF VESSEL**<br>CASE NO. 2:20-CV-00343-BJR - 2 | COLLIER WALSH NAKAZAWA LLP<br>2211 Elliott Avenue, Suite 200<br>Seattle, Washington 98121<br>(206) 502 4251 |

BN 41481026v1BN 41484706v2

**ORDER**

This matter having come on regularly for consideration before the Court upon the above and foregoing Stipulation, and the Court being fully advised of the matter, it is hereby ORDERED:

1. Robert W. Russell, Sonja Russell, the Russell's designated representative, STL's designated representative, and any other individual approved by both Parties shall be permitted to board the Vessel for the purpose of inspecting it under the supervision of the Substitute Custodian, Marine Lenders Services, LLC., provided that each signs a Waiver and Release of Liability form prior to boarding.

2. The Substitute Custodian shall make its representative available to open the Vessel and supervise the joint inspection of the Vessel by the Parties and/or their designated representatives at the earliest time reasonably possible. Plaintiff and Defendants shall each pay one-half of the Substitute Custodian's fee for this joint inspection.

DATED this 7th day of August 2020.

_____
The Honorable Barbara J. Rothstein
United States District Judge