# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ST LIBERTY LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M/V R AN R, USCG Official No. 1069265, her engines, boilers, tackles and other appurtenances, etc., *in rem*; and Robert W, Russell, *in personam*,<br><br>　　　　Defendants. | Civil Action No. 2:20-cv-00343-BJR<br><br>**STIPULATION AND ORDER FOR RELEASE OF VESSEL** |

## STIPULATION

Pursuant to this Court's Order Authorizing Issuance of Warrant for Arrest of Vessel In Rem dated March 3, 2020, Dkt. No. 8, the U.S. Marshal arrested the defendant vessel M/V R AN R (the "Vessel") on March 10, 2020. Dkt. No. 13.

Plaintiff ST Liberty LLC ("STL") and Defendants M/V R AN R and Robert W. Russell (collectively the "Russells"), by and through their attorneys, now stipulate pursuant to Supplemental Rule E(5)(c) that the Vessel should be released from the custody of the U.S. Marshal pursuant to the terms and conditions specified below:

STIPULATION AND ORDER FOR RELEASE OF VESSEL
CASE NO. 2:20-CV-00343-BJR - 1

COLLIER WALSH NAKAZAWA LLP
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
(206) 502 4251

BN 41439091v2

1. Unless otherwise agreed in writing by Plaintiff ST Liberty LLC, defendant Robert Russell and his wife Sonja Russell are prohibited from removing, or allowing anyone else to remove, the defendant Vessel from the waters of the State of Washington until all amounts due under the note and mortgage, as amended, are paid in full and all settlement terms are satisfied; and

2. All known costs and charges of the Court have been paid in full.

Upon acceptance and approval of this Stipulation by the Court, the U.S. Marshal shall release the Vessel from arrest pursuant to Supplemental Rule E(5)(c). Fed. R. Civ. P. Sup. R. E(5)(c).

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 13th day of August 2020

COLLIER WALSH NAKAZAWA LLP

/s/ Barbara L. Holland
Barbara L. Holland, WSBA #11852
barbara.holland@cwn-law.com
Jensen Mauseth, WSBA #45546
Jensen.mauseth@cwn-law.com
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
Phone (206) 502-4251
Fax (206) 502-4253

Attorneys for Plaintiff ST LIBERTY LLC

**STIPULATION AND ORDER FOR RELEASE OF VESSEL**
CASE NO. 2:20-CV-00343-BJR - 2

COLLIER WALSH NAKAZAWA LLP
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
(206) 502 4251

BN 41439091v2

| | | |
|---|---|---|
| 1 | DATED this 13th day of August 2020 | BUCHALTER |
| 2 | | /s/ John Crosetto |
| 3 | | Brad Thoreson, WSBA #18190 |
| | | bthoreson@buchalter.com |
| 4 | | John Crosetto, WSBA #36667 |
| | | jcrosetto@buchalter.com |
| 5 | | 1420 Fifth Avenue, Suite 3100 |
| 6 | | Seattle, Washington 98101 |
| | | Phone (206) 319-7052 |
| 7 | | |
| 8 | | Attorneys for Defendants M/V R AN R and ROBERT W. RUSSELL |

**STIPULATION AND ORDER FOR RELEASE OF VESSEL**
CASE NO. 2:20-CV-00343-BJR - 3

COLLIER WALSH NAKAZAWA LLP
2211 Elliott Avenue, Suite 200
Seattle, Washington 98121
(206) 502 4251

BN 41439091v2

**ORDER**

This matter having come on regularly for consideration before the Court upon the above and foregoing Stipulation, and the Court being fully advised of the matter, it is hereby ORDERED:

1. The U.S. Marshal shall release the Vessel from custody; and

2. Unless otherwise agreed in writing by Plaintiff ST Liberty LLC, defendant Robert Russell and his wife Sonja Russell are prohibited from removing, or allowing anyone else to remove, the defendant Vessel from the waters of the State of Washington until all amounts due under the note and mortgage, as amended, are paid in full and all settlement terms are satisfied.

DATED this 14th day of August, 2020.

*Barbara J. Rothstein*
_____
The Honorable Barbara J. Rothstein
United States District Judge